AO 91 (Rev. 11/11) Criminal Complaint

United States District Court
Southern District of Texas
FILED

DEC 02 2019

David J. Bradley, Clerk of Court

*Felony*

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) Case No. | B-19-1256-MTJ |
| Silvia Estela CERVANTES | ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of 12/01/2019 in the county of Cameron in the Southern District of Texas, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 21, United States Code, Section 841, 846 | knowingly and intentionally possess with intent to distribute 24.30 kilograms of marijuana, a Schedule I controlled substance. |

This criminal complaint is based on these facts:

On December 1, 2019, Silvia Estela CERVANTES entered the United States from Mexico via the vehicle lane at the B&M Port of Entry in Brownsville, Texas, driving a black 2015 Kia van. At the primary inspection lane, a U.S. Customs and Border Protection Officer referred CERVANTES and the vehicle for secondary inspection.

Further inspection of the vehicle revealed a total of 58 bunles of mariuana hidden in natural voids throughout the vehicle. The marijuana collectively weighed 24.30 kilograms.

HSI Special Agents responded to the Port of Entry to investigate. During a recorded interview, agents advised CERVANTES of her rights which she waived. During the interview, CERVANTES admitted to knowingly and intentionally transporting a illegal substance from Mexico into the Unites States.

☐ Continued on the attached sheet.

*Complainant's Signature*

Zackary Rhinehart    Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

12/2/2019
*Date*

*Judge's signature*

Brownsville, Texas
*City and State*

Ignacio Torteya III    U.S. Magistrate Judge
*Printed name and title*